# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1415 | **DATE** | 3/27/2008 |
| **CASE TITLE** | USA vs Alejandro Santiago | | |

**DOCKET ENTRY TEXT:**

The Federal Defender Program is appointed to reprersent defendant Alejandro Santiago in this cause. Status hearing is set for 5/1/2008, at 1:30 p.m.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|