# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1415 | **DATE** | 7/9/2008 |
| **CASE TITLE** | U S A   vs   Alejandro Santiago | | |

**DOCKET ENTRY TEXT:**

Status hearing held.   The Court rules orally from the bench.
Petitioner's Section 2255 motion to vacate, set aside or correct sentence is **denied**.

[Docketing to mail notice]

00:10

| | Courtroom Deputy | GDS |
|---|---|---|