# United States District Court
## Northern District of Illinois
### Eastern Division

U S A                                                    **JUDGMENT IN A CIVIL CASE**

          v                                              Case Number 08 C 1415

Alejandro Santiago

☐      Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■      Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that petitioner's motion under Section 2255 to vacate or set aside sentence is denied.


                                                        Michael W. Dobbins,
                                                         Clerk of Court


Date: July 9, 2008                              /s/ George Schwemin
                                                 Deputy Clerk